Michael G. Spector - Bar No. 145035
Vicki L. Schennum (Of Counsel) - Bar No. 159628
**LAW OFFICES OF MICHAEL G. SPECTOR**
2677 North Main Street, Suite 800
Santa Ana, California 92705
Telephone: (714)835-3130
Facsimile: (714)558-7435
Email- *mgspector@aol.com*
Email - *vschennum@msn.com*

[Proposed] Attorneys for the Debtor and Debtor-in-Possession,
ANF Asbury Park, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ANF ASBURY PARK, LLC<br><br>Debtor-in-Possession. | Bk. No. 8:10-bk-12819-TA<br>Chapter 11<br><br>NOTICE OF CONTINUED HEARING ON THE DEBTOR'S MOTION FOR ORDER APPROVING INTERIM STIPULATION FOR USE OF CASH COLLATERAL AND GRANTING REPLACEMENT LIENS PURSUANT TO 11 U.S.C. § 363<br><br>Date: May 12, 2010<br>Time: 10:00 a.m.<br>Ctrm: 5B, 5th Floor<br>411 W. Fourth Street<br>Santa Ana, CA 92701 |

**PLEASE TAKE NOTICE** that the hearing on the motion of ANF Asbury Park, LLC, debtor and debtor in possession for an order approving interim stipulation regarding use of cash collateral and granting replacement liens on that cash collateral pursuant to Section 363(c)(2) has been continued to May 12, 2010 at 10:00 a.m. in Courtroom 5B of the United States Bankruptcy Court located at 411 West Fourth Street, Santa Ana, California.

**LAW OFFICES OF MICHAEL G. SPECTOR**

Dated: March 18, 2010    By:    /s/ Michael G. Spector
Michael G. Spector
Vicki L. Schennum (Of Counsel)
[Proposed] Attorneys for ANF Asbury Park, LLC
Debtor and Debtor in Possession

Notice_-_Continued_Hearing_Cash_Collateral_Stipulation[1].wpd    1

| In re: | CHAPTER | 11 |
|---|---|---|
| ANF ASBURY PARK, LLC, | | |
| Debtor(s). | CASE NUMBER | 8:10-bk-12819-TA |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2677 No. Main St., #800, Santa Ana, CA 92705

The foregoing document described **NOTICE OF CONTINUED HEARING ON THE DEBTOR'S MOTION FOR ORDER APPROVING INTERIM STIPULATION FOR USE OF CASH COLLATERAL AND GRANTING REPLACEMENT LIENS PURSUANT TO 11 U.S.C. §363** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 19, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

See attached list.

&boxtimes;   Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On March 19, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

See attached list.

&boxtimes;   Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 19, 2010 | Lisa Cavender | | /s/   Lisa Cavender |
|---|---|---|---|
| *Date* | *Type Name* | | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re:<br>ANF ASBURY PARK, LLC,<br>Debtor(s). | CHAPTER    11<br><br>CASE NUMBER    8:10-bk-12819-TA |
|---|---|

## TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Frank Cadigan  frank.cadigan@usdoj.gov

Vicki L Schennum  vschennum@msn.com

Daniel H Slate  dslate@buchalter.com, rreeder@buchalter.com; ifs_filing@buchalter.com

Michael G Spector  mgspector@aol.com

United States Trustee (SA)  ustpregion16.sa.ecf@usdoj.gov

## SERVED BY U.S. MAIL

Debtor-In-Possession
ANF Asbury Park, LLC
Attn: Jonathan Brohard, Auth. Agent
7700 Irvine Center Dr., #275
Irvine, CA 92618

20 Largest Unsecured Creditor
Atlantic & Pacific Mgmt.
622 Banyon Trail., #150
Boca Raton, FL 33431

20 Largest Unsecured Creditor
Property Tax Services of FL
1640 W. Oakland Park Pl., #402
Ft. Lauderdale, FL 33311

20 Largest Unsecured Creditor
City of North Miami Beach
City Hall, Customer Service
170011 NE 19th Ave.
Miami, FL 33162

20 Largest Unsecured Creditor
DynaServ
990 S. Flamingo Rd.
Fort Lauderdale, FL 33325

20 Largest Unsecured Creditor
Waste Service of FL
Miami Hauling
3840 NW 37th Court
Miami, FL 33142

20 Largest Unsecured Creditor
Carpet Replacement System
1313 NW 65th Pl., #5
Fort Lauderdale, FL 33309

20 Largest Unsecured Creditor
Stacy Bomar Construction
811 Renmar Dr.
Fort Lauderdale, FL 33317

20 Largest Unsecured Creditor
Stelco Distributors, Inc.
2230 SW 70th Ave., #4
Fort Lauderdale, FL 33317

20 Largest Unsecured Creditor
M&S Custom Design & System
13260 NW 11th Dr.
Fort Lauderdale, FL 33323

20 Largest Unsecured Creditor
Sherwin Williams Co.
3599 NW 34th St.
Miami, FL 33142-5748

20 Largest Unsecured Creditor
Florida Power & Light
General Mail Facility
Miami, FL 33188-0001

20 Largest Unsecured Creditor
Michael D. Birnholz, PA
1025 Kane Concourse, #203
Miami Beach, FL 33154

20 Largest Unsecured Creditor
Clean Start All Around Cleaning
8611 NW 25th St.
Fort Lauderdale, FL 33322

20 Largest Unsecured Creditor
Velotaz, Inc.
2290 Tallahassee St.
Fort Lauderdale, FL 33326

20 Largest Unsecured Creditor
AT&T
P. O. Box 105262
Atlanta, GA 30348-5262

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                    F 9013-3.1

| In re:<br>ANF ASBURY PARK, LLC,<br>Debtor(s). | CHAPTER    11 |
|---|---|
| | CASE NUMBER    8:10-bk-12819-TA |

20 Largest Unsecured Creditor
Tubs Refinishing Service
1175 NW 79th St., Lot G A2
Fort Lauderdale, FL 33310

20 Largest Unsecured Creditor
ARD Distributors, Inc.
P. O. Box 933110
Atlanta, GA 31193-3110

20 Largest Unsecured Creditor
For Rent Magazine
4 Remittance Dr., #1750
Chicago, IL 60675-1705

20 Largest Unsecured Creditor
Consumer Source, Inc.
P. O. Box 402039
Atlanta, GA 30384-2039

20 Largest Unsecured Creditor
Oracle Elevator Co.
2315 Stirling Rd.
Fort Lauderdale, FL 33312

Notice Only
Franchise Tax Board
Attn: Bankruptcy
P. O. Box 2952
Sacramento, CA 95812-2952

Notice Only
Internal Revenue Service
P. O. Box 21126
Philadelphia, PA 19114

Notice Only
Employment Dev. Dept.
P. O. Box 826880 MIC-92E
Sacramento, CA 94280

Notice Only
Securities Exchange Commission
5670 Wilshire Blvd., 11th Fl.
Los Angeles, CA 90036

Notice Only
State Board of Equalization
P. O. Box 942879
Sacramento, CA 94279-0001

Presiding Judge
Honorable Theodor C. Albert
U.S. Bankruptcy Court
411 W. Fourth St., #5085
Santa Ana, CA 92701-4593

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9013-3.1